1
2
3
4
5                                                              *E-FILED - 5/7/09*
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **LANARE WISE,** | Case No. C09-0268 RMW (PR) |
| Petitioner, | **[] ORDER** |
| v. | |
| **JAMES WALKER, Warden,** | |
| Respondent. | |

    IT IS HEREBY ORDERED that respondent's application to file an oversized brief is granted.  Respondent's Memorandum of Points and Authorities in Support of Answer to Petition for Writ of Habeas Corpus shall be filed by the clerk.

Dated:  __5/6/09_____        _____*Ronald M. Whyte*_____
                                            The Honorable Ronald M. Whyte

[] Order (C09-0268 RMW (PR))