***E-FILED - 8/2/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANARE WISE, | ) | No. C 09-0268 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| WARDEN JAMES WALKER, | ) ) | |
| Respondent. | ) ) | |

The court has denied the instant petition for a writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __7/30/10_____

_____
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Wise268jud.wpd